UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-80002-ROSENBERG

UNITED STATES OF AMERICA,

v.

LUTHER L. WALKER,

        Defendant.
_____/



# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON SUPERVISED RELEASE PETITION

## I. Background

The Defendant, LUTHER L. WALKER, appeared before the Court on November 4, 2016, for a status conference regarding final hearing on the Petition for Warrant or Summons for Offender under Supervision [DE 41]. Defendant was originally convicted in the Southern District of Florida of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). *See id.* On November 16, 2012, United States District Judge Kenneth L. Ryskamp sentenced Defendant to fifty-one months in prison followed by two years of supervised release. *Id.* Defendant's term of supervised release began on October 16, 2015. *Id.* The case was reassigned to United States District Judge Robin L. Rosenberg on July 1, 2016. *See* DE 40.

Defendant is now charged, pursuant to a Petition for Warrant or Summons for Offender under Supervision ("Petition") [DE 41], with the following supervised release violations:

1. **Violation of a Mandatory Condition**, by failing to refrain from a violation of the law. According to the Petition, on or about June 13, 2016, in Broward County, Florida, Defendant was driving with a suspended license, contrary to Florida Statute 322.34.

1

2. **Violation of a Mandatory Condition**, by failing to refrain from a violation of the law. According to the Petition, on or about June 23, 2016, in Palm Beach County, Florida, Defendant was in possession of drug equipment, contrary to Florida Statute 893.147(1).

3. **Violation of a Standard Condition**, by associating with a person engaged in criminal activity. According to the Petition, on or about June 23, 2016, Defendant was residing at 1601 West 10th Street, Riviera Beach, Florida, with Oscar Walker…who was arrested with Defendant, at their residence, by the Riviera Beach Police Department, for possession of cocaine with intent to sell and possession of drug equipment.

## II.    Summary of Hearing

At the November 4, 2016 status conference regarding the final revocation hearing, defense counsel explained that Defendant and the Government jointly recommended that the Petition be dismissed. Defendant advised the Court that Violation #1 was a civil infraction and Defendant was unaware that his license had been suspended. Defendant subsequently had his license reinstated. Further, Defendant advised the Court that Violations #2 and #3 were dropped by the State, as the drug equipment belonged to Oscar Walker. The Government agreed that the Petition should be dismissed. The Probation Officer was present and concurred. The Government possesses insufficient evidence to meet its burden to show by a preponderance of the evidence that Defendant committed any of the allegations lodged against him.

## III.    Recommendation

For the foregoing reasons, it is respectfully **RECOMMENDED** that United States District Judge Robin L. Rosenberg dismiss the Petition for Warrant or Summons for Offender under Supervision [DE 41].

**Notice of Right to Object**

A party shall file written objections, if any, to this Report and Recommendation with United States District Judge Robin L. Rosenberg within fourteen (14) days of being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1)(C).  Failure to object to this Report and Recommendation within that time period waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions.  11th Cir.R. 3-1.

**DONE and ORDERED and DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 4th day of November, 2016.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE