UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80002-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUTHER L. WALKER,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (DE 54)

**THIS CAUSE comes** before the Court upon the Report and Recommendation on the Petition and Order for Warrant for Offender under Supervision ("Petition") (DE 41) as to defendant, Luther L. Walker filed August 8, 2016. On November 4, 2016, Magistrate Judge Matthewman conducted a Status Conference Re: Final Hearing on the Supervised Release Petition and later issued the Report and Recommendation (DE 54), in which he recommended that this Court dismiss the Supervised Release Petition for Warrant for Offender under Supervision (DE 41). After conducting an independent *de novo* review of the entire file and the record herein, it is hereby

**ORDERED AND ADJUDGED** that:

1. United States Magistrate Judge William Matthewman's Report and Recommendation (DE 54) is **APPROVED and ADOPTED** as to the recommendation that this Court dismiss the Supervised Release Petition for Warrant for Offender under Supervision (DE 41) as to Defendant Luther L. Walker.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 8th day of November, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc: counsel of record
    Magistrate Judge William Matthewman